UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARRY BURDICK,<br><br>            Plaintiff(s),<br><br>vs.<br><br>STATE OF NEVADA DEPARTMENT OF CORRECTION, et al.,<br><br>            Defendant(s). | Case No. 2:15-cv-01131-JCM-NJK<br><br>**ORDER** |

Plaintiff Harry Burdick is proceeding in this action *pro se*, and has submitted documents in an effort to initiate this case on June 15, 2015. Docket No. 1. The submitted documents do not comply with Federal Rule of Civil Procedure 5.2(a) as they contain improper confidential information.[1] Rule 5.2 provides that a filing with the Court should not contain an individual's social-security number or birth date. Fed. R. Civ. P. 5.2(a).

Furthermore, Plaintiff has not submitted the $400 filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. In order to proceed with his case, Plaintiff must either pay

---

[1] Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
    (1) the last four digits of the social-security number and taxpayer-identification number;
    (2) the year of the individual's birth;
    (3) the minor's initials; and
    (4) the last four digits of the financial-account number.

the filing fee or submit the affidavit required by § 1915(a) showing an inability to prepay fees and costs or give security for them.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff shall either make the necessary arrangements to pay the $400 filing fee, accompanied by a copy of this order, or file a Application to Proceed *in Forma Pauperis*.
2. The Clerk of the Court shall send Plaintiff a blank application form.
3. The Clerk of the Court shall seal the document at Docket No. 1.
4. Plaintiff shall file a redacted version of his Complaint in compliance with Federal Rule of Civil Procedure 5.2.
5. Plaintiff must comply with this order no later than July 17, 2015.  Failure to comply will result in a recommendation to the District Judge that this case be dismissed for failure to comply with this order.

DATED: June 17, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE